**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| DAVIDSON | : | 02-1426 |
| HOSEY | : | 02-1494 |
| MEURER | : | 02-1514 |
| SHIBLAK | : | 02-1582 |
| WILSON | : | 02-1589 |
| WRIGHT | : | 02-1590 |
| TRENT | : | 02-1608 |
| PARKER | : | 02-1647 |
| FENCL | : | 02-1795 |
| BROOKS | : | 02-1958 |
| WOLFE | : | 02-2016 |
| HARRIS | : | 02-2019 |
| ZBIERANSKI | : | 02-2045 |
| RODRIGUEZ | : | 02-2206 |
| CAMELBEEK | : | 02-2287 |
| GIBSON | : | 02-2290 |
| PAGE | : | 02-2343 |
| AKINS | : | 02-2384 |
| JENKINS | : | 02-2460 |
| SUAREZ | : | 02-2488 |
| WARFORD | : | 02-2497 |
| DUVALL | : | 02-2527 |
| CONTRERAS | : | 02-2877 |
| FRYBERG | : | 02-3062 |
| VINCENT | : | 02-3089 |
| ROSS | : | 02-3092 |
| BARTON | : | 02-3132 |
| NOBLES | : | 02-3136 |
| SILVA | : | 02-3139 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this          day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[    ]    -    Order staying these proceedings pending disposition of a related action.

[    ]    -    Order staying these proceedings pending determination of arbitration proceedings.

[    ]    -    Interlocutory appeal filed.

[  X  ]    -    Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Herbert J. Hutton, Judge**